**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ERIC X. RAMBERT, | : | No. 38 WAP 2017 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered July 10, |
| | : | 2017 at No. 208 MD 2017. |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS AND | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 21st day of February, 2018, the Order of the Commonwealth Court is hereby **AFFIRMED**.